UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:22-cv-132

vs.

CHEMICAL WASTE                         District Judge Michael J. Newman
MANAGEMENT, INC., *et al.*,              Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT REQUEST TO ADJOURN THE JUNE 3, 2025 STATUS CONFERENCE (Doc. No. 8); (2) VACATING THE JUNE 3, 2025 STATUS CONFERENCE; AND (3) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JUNE 1, 2026**

---

       This civil case is before the Court upon the parties' unopposed, joint request to adjourn the status conference set for June 3, 2025.  Doc. No. 8.  For good cause shown, the Court **GRANTS** the parties' request and **VACATES** the June 3, 2025 status conference.  Additionally, the Court **REQUIRES** the parties to file a joint status report by **June 1, 2026** to provide the Court an update regarding the work required under the Consent Decree.  *See* Doc. No. 6-1.

       **IT IS SO ORDERED.**

       <u>June 3, 2025</u>                                                                 s/*Michael J. Newman*
                                                                               Hon. Michael J. Newman
                                                                                United States District Judge